

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-15-00056-CR |
| Appellant, | | |
| | § | Appeal from the |
| v. | | |
| | § | 205th District Court |
| FRANCES MUTEI, | | |
| Appellee. | § | of El Paso County, Texas |
| | § | (TC#20140D03917) |
| | § | |

# **O R D E R**

The Court on its own motion ORDERS the District Clerk for the 205th District Court of El Paso County, Texas, to electronically submit a supplemental clerk's record containing "Applicant's Pre-Trial Application for Writ of Habeas Corpus to Dismiss Indictment Based on Double Jeopardy" filed on January 7, 2015. The supplemental clerk's record is due with this Court on or before January 11, 2017.

IT IS SO ORDERED THIS 4TH DAY OF JANUARY, 2017.


PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating